AO450 (NVD Rev. 7/31/24) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Lauren Sue Hacker

                          JUDGMENT IN A CIVIL CASE

          Plaintiff,

v.                             Case Number: 3:23-cv-00404-ART-CLB

Alicia L. LeRud, et al.

          Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Hackers complaint (ECF No. 1-1) is dismissed with prejudice and this action is closed.

| | |
|---|---|
| 8/21/2024 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ DLS |
| | Deputy Clerk |